IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01299-EWN-BNB

PENNY LANDREY,
KARI VASQUEZ, and
SUE E. DADY,

Plaintiffs,

v.

CITY OF GLENWOOD SPRINGS,
DAN ROGERSON, and
SABRINA HOFFMEISTER,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Withdraw** (the "Motion"), filed on August 25, 2005.

IT IS ORDERED that the Motion is GRANTED. Attorney Seth A. Rider is withdrawn from the representation of defendant Dan Rodgerson, and Thomas S. Rice remains as attorney of record for Mr. Rodgerson.


DATED:  August 26, 2005